Ronald D. Keefe                                    1-4-2019
100 Shore Harbor Court
Port Monmouth, NJ. 07758
732-337-1545

RECEIVED
JAN 04 2019
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Judge Arpert,
   I've been to Newark, NJ to address Judge Jose Linares, last Friday in Dec. I called. Was told still hasn't decided. Still not notified by Judge Linares. If in mail. Will see when back at apartment. Whats going on I do not understand. But I'm incompetant anyway.
   Judge Thompson I would like removed. So, if you will, please except as my motion to have Judge removed from all future proceedings.

   Donna General Motors complaint again. This all pertains to Jury's decision. Not Judges.

   If I wasn't granted trial by Jury (#6) I wouldn't still be here.

                                    Gratefully yours
Do to what is presented.                 [signature]
Why am I still here?              Ronald D. Keefe
I'm incompetant, imposed by the state.
All lenancies have to be shown. To the upmost.

saying I'm being denied a defense. He's laughing. I turn to Judge now, I admoza yelling I want a trial by jury. You already took my sanity. Now you are denying me a defense. He states: We've been thru that. You can't have one. Might not be in transcripts for I thought I heard him telling stenographed to delete as I'm asking Fox - What's going on here? Also did not do appeal I did request. More stody pertaining to appeal matter. There is a lot more. Will fill in at the trial. Will have jurors ask.

Gracefully Yours,

Ronald D. Keefe

Addition: Matter of putting cop in headlock. Brother Eugene ask both witnesses what happened. Was told by witnesse nothing. Handcuffed him. Put him in car